IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Audra McLeod )
)
Plaintiff, )
)
v. ) Case No. 4-02-00463-GAF
)
FishNet Consulting, Inc. )
d/b/a FishNet Security )
)
Defendant. )

## DISMISSAL WITH PREJUDICE

Plaintiff Audra McLeod and defendant FishNet Consulting, Inc., by and through their respective counsel of record and being all of the parties in the above action hereby stipulate to the dismissal of the above captioned action with prejudice and with all parties to pay their own costs and attorney's fees.

_____
Doc Netterville, IV, Esq.     MO #42383

819 Walnut Street, Suite 204
Kansas City, MO 64106
(816) 472-5500 PHONE
(816) 221-6863 FAX

ATTORNEY FOR AUDRA MCLEOD

_____
Frederick H. Riesmeyer, II    MO #26062
Douglas D. Silvius            MO #34810

Belletower Building, Suite 210
4700 Belleview
Kansas City, MO 64112
816/753-6006
FAX: 816/502-7898
ATTORNEYS FOR FISHNET CONSULTING, INC.